**NATIONAL CASH REGISTER COMPANY, Movant, v. MANNING, Opposed.**

Court of Appeals of Kentucky.

(Decided Feb. 15, 1938.)

BOYD & BOYD for movant.

BERRY & REED opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**PEELER et al., Movants, v. SAPP et al., Opposed.**

Court of Appeals of Kentucky.

(Decided March 22, 1938.)

W. H. HESTER for movant.

J. E. WARREN and McDONALD & BOAZ for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.